UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE,

    Plaintiff,

v.                                                                                   Hon. Jane M. Beckering

CLINTON, COUNTY OF, et al.,                          Case No. 1:25-cv-00320

    Defendants.

## REPORT AND RECOMMENDATION

Plaintiff filed her complaint in this matter on March 23, 2025, pursuant to 42 § 1983, alleging claims arising out of events that occurred during her 30-day incarceration at the Clinton County Jail. (ECF No. 1.) Plaintiff also moved for leave to proceed under a pseudonym. (ECF No. 2.) On April 17, 2025, the undersigned denied Plaintiff's motion for leave to proceed under a pseudonym and ordered her to file a notice containing her true name and to file corrected proposed summonses within 14 days of the date of the order. (ECF No. 7.) To date, Plaintiff has failed to comply.

As such, the undersigned hereby recommends that this matter be dismissed pursuant to Fed. R. Civ. P. 41(b) and W.D.Mich. LCivR 41.1 for want of prosecution and failure to comply with the rules and orders of this court. Timely objections to this Report and Recommendation shall be considered Plaintiff's opportunity to show cause why this matter should not be dismissed.

Dated: May 19, 2025                                                      /s/ Sally J. Berens
                                                                                 SALLY J. BERENS
                                                                                 U.S. Magistrate Judge

2

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).