UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MICHEALA MICHELLE LUDWICK,

    Plaintiff,

v.                                                Hon. Jane M. Beckering

CLINTON, COUNTY OF, et al.,              Case No. 1:25-cv-00320

    Defendants.

**NOTICE OF IMPENDING DISMISSAL**

The court records indicate that more than 60 days have passed from the issuance of the summonses and defendants have not been served. This notice serves to inform plaintiff that the action shall be dismissed without prejudice unless plaintiff completes service of process within 90 days.

To avoid dismissal pursuant to Rule 4(m), if more than 90 days are necessary for service of process, counsel must execute a verified petition RE:  Service of Process, advising the court:

    A.    That the case should not be dismissed as to the unserved defendants;

    B.    That the failure to obtain service upon these defendants is not due to the fault of the party or counsel seeking to avoid dismissal;

    C.    The reasons why the case against the unserved defendants should not be dismissed, set forth in detail; and

    D.    That service will be effected on the defendants within thirty (30) days of the date of the petition.

This petition must be filed with the court on or before **September 3, 2025**. By executing the petition RE: Service of Process, you need not appear in support thereof until and/or unless so notified by the court. If the court is satisfied that the case should not be dismissed as to the unserved

2

defendants, you will be so notified. If dismissal of the case as to the unserved defendants is satisfactory to you, no action is required. An Order of Dismissal shall be issued.

Date:  August 5, 2025

/s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge