# IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
## WESTERN DISTRICT OF MICHIGAN
### *Southern Division*

**MICHEALA MICHELLE LUDWICK**, an individual

                                  CASE NO. 25-cv-00320-JMB

        Plaintiff,        **HON. Jane M. Beckering**

**v.**

**CLINTON COUNTY, MICHIGAN**, a state of Michigan municipality
**SHERIFF SEAN DUSH,** individually and as employee/agent Clinton County
**CLINTON COUNTY SHERIFF'S OFFICE,**
**DEPUTY ALEXIS CHAPKO,** individually and as employee/agent Clinton County
**SERGEANT RICHARD STOUT,** individually and as employee/agent Clinton County
**DAWN THELEN, L.P.N.**, individually and as employee/agent Clinton County
**JOHN DOES**, to be named individually and as employees/agents Clinton County
**ADVANCED CORRECTIONAL HEALTHCARE, INC.,** an Illinois corporation

        Defendants

_____/

# DRAGON LAWYERS PC ©

*Jacob A. Perrone (P71915)*
Attorneys for Plaintiff
325 East Grand River Ave., Suite 250
East Lansing, MI 48823
Phone: (844) 525-3529
jacob.perrone@yahoo.com

_____/

## **PLAINTIFF'S VERIFIED PETITION RE: SERVICE OF PROCESS**
_____/

**NOW COMES** Plaintiff, *MICHEALA MICHELLE LUDWICK*, (hereinafter referred to as "*Ludwick*"), by and through her attorneys, **DRAGON LAWYERS PC ©**, and for her Verified Petition RE: Service of Process purusant to Rule 4(m) states as follows:

1

1.  That the case should not be dismissed as to the unserved defendant; Richard Stout because his service was made to the wrong Richard Stout in Cinton County but an Answer has already been filed on his behalf. Further, The case against unserved Defendant Dawn Thelen should not be dismissed because service was attempted but made on the wrong Dawn Thelen in Clinton County.

2. That the failure to obtain service upon these defendants is not due to the fault of the party or counsel seeking to avoid dismissal; Counsel made diligent attempts.

3. The reasons why the case against the unserved defendants should not be dismissed, set forth in detail; The coincidental nature of both of these individuals having another individual with the same name and counsels diligent but incorrect background and address searching. Plaintiff's counsel now has sent another certified letter to be service on the appropriate Dawn Thelen and Richard Stout's counsel has already filed an Answer.

4. That service will be effected on the defendants within thirty (30) days of the date of the petition. The service will be effectuated within 30 days as the Certified Mail containing Summons and Complaint has already been sent out and a process service will be used if there is a problem with Certified Mail.

I DECLARE UNDER THE PENALTIES OF PERJURY THAT THIS COMPLAINT FOR DIVORCE HAS BEEN EXAMINED BY ME AND THAT ITS CONTENTS ARE TRUE TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.

Dated: September 3, 2025

Respectfully submitted,

**DRAGON LAWYERS PC ©**

/s/*Jacob A. Perrone*_____
Jacob A. Perrone (P71915)
Attorney for Plaintiff *Ludwick*
325 East Grand River Ave., Suite 250
East Lansing, MI 48823
(844) 525-3529
jacob.perrone@yahoo.com

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 92148902358909000034383608

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

We were notified by the shipper to expect your package for mailing. A delivery date will be provided when USPS receives the package.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Pre-Shipment**
Pre-Shipment, USPS Awaiting Item
September 2, 2025

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

Feedback

| Return Receipt Electronic | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

**UNITED STATES POSTAL SERVICE**

September 3, 2025

Wrong Person

Dear Jacob Perrone:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8902 3589 0900 0033 9222 28**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | August 12, 2025, 10:08 am |
| Location: | SAINT JOHNS, MI 48879 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | 5525 S FOREST HILL RD, SAINT JOHNS, MI 48879 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

September 3, 2025

Wrong Person

Dear Jacob Perrone:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8902 3589 0900 0033 9224 71**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | August 12, 2025, 2:07 pm |
| **Location:** | SAINT JOHNS, MI 48879 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | 3207 W ISLAND RD, SAINT JOHNS, MI 48879 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004