UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MICHEALA MICHELLE LUDWICK,

    Plaintiff,

v.                                                              Hon. Jane M. Beckering

CLINTON, COUNTY OF, et al.,                 Case No. 1:25-cv-00320

    Defendants.

## ORDER TO STRIKE

This matter is before the Court on Plaintiff's Verified Petition Re: Service of Process. (ECF No. 22.) Upon review of the filing, it fails to comply with W.D. Mich. LCivR 5.7(d)(iii)(B), which requires declarations under penalty of perjury to contain a manuscript signature. The verified petition contains Jacob A. Perrone's electronic signature. For this reason, the filing is stricken. Accordingly:

IT IS HEREBY ORDERED that the Verified Petition Re: Service of Process (ECF No. 22) is STRICKEN. Within three days, Plaintiff shall file a corrected verified petition in response to the Notice of Impending Dismissal (ECF No. 15).

Dated: September 16, 2025                                     /s/ Sally J. Berens
                                                             SALLY J. BERENS
                                                             U.S. Magistrate Judge