UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHEALA MICHELLE LUDWICK,

      Plaintiff,                                   Case No. 1:25-cv-00320-JMB-SJB

v.

CLINTON, COUNTY OF, et al.,

      Defendants.
_____/

## CLERK'S NOTICE

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Jacob Perrone

RE:  Proposed Summons (to be issued) – #25

REASON FOR NOTICE:   The document appears to contain PDF publishing problems, which affect the appearance and/or ability to read the document. These may include extraneous characters, omissions, or other errors.

RECOMMENDED ACTION:   Modifications should be made to the word processing document, then it should be re-published to PDF format, and electronically filed as corrected. Reference CORRECTED both in the heading of the document as well as the docket text of the entry, if available.

INFORMATION FOR FUTURE REFERENCE:   It is recommended that users right-click the PDF file name to open the document prior to upload. This provides an opportunity to view the document about to be filed, and ensure that it is legible.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290-2742 or (616) 456-2206.

                                                    CLERK OF COURT

Dated:  September 24, 2025       By:  /s/ N. Stimec_____
                                                    Deputy Clerk