UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHEALA MICHELLE LUDWICK,

    Plaintiff,

v.                                                                  Hon. Jane M. Beckering

CLINTON, COUNTY OF, et al.,                       Case No. 1:25-cv-00320

    Defendants.

## REPORT AND RECOMMENDATION

Plaintiff filed this action on March 23, 2025, pursuant to 42 U.S.C. § 1983, alleging violations of her rights under the Fourth, Fifth, and Fourteenth Amendments while she was incarcerated at the Clinton County Jail during June 2023. On April 17, 2025, Plaintiff was denied leave to proceed under a pseudonym and ordered to file a notice containing her true name and corrected proposed summonses within 14 days. (ECF No. 7.) Plaintiff failed to comply. On May 19, 2025, a report and recommendation to dismiss for failure to prosecute issued and resulted in Plaintiff submitting the notice and proposed summonses. (ECF Nos. 9, 11, 12.) Summonses issued on June 5, 2025, however, service not having been executed within 60 days, a notice of impending dismissal was entered on August 5, 2025, warning Plaintiff that service of process must be completed by September 3, 2025, or the case would be dismissed. (ECF No. 15.)

On September 3, 2025, Plaintiff submitted a document purporting to reflect personal service on Defendant Advanced Correctional Healthcare, Inc. to "Front Desk." (ECF No. 18.) Based on Plaintiff's failure to serve an agent authorized by appointment or by law to receive service of process, the Court ordered Plaintiff to submit a completed summons for reissuance as to Defendant Advanced Correctional Healthcare, Inc., and extended service to October 3, 2025. A

proposed summons issued on September 25, 2025. (ECF No. 29.) To date, Plaintiff has failed to execute service of process on Defendant Advanced Correctional Healthcare, Inc.

As such, I recommend that this matter be dismissed as to Defendant Advanced Correctional Healthcare, Inc., pursuant to Fed. R. Civ. P. 41(b) and W.D.Mich. LCivR 41.1 for want of prosecution and failure to comply with the rules and orders of this Court. Timely objections to this Report and Recommendation shall be considered Plaintiff's opportunity to show cause why this matter should not be dismissed.

Dated: October 14, 2025                     /s/ Sally J. Berens
                                            SALLY J. BERENS
                                            U.S. Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).