Outlook

**People v. Micheala Ludwick, People v. Hayley Essenberg, Summons, Complaint, Notice of True Names, and Preservation Letters are attached.**

From  Jacob Perrone <jacob.perrone@yahoo.com>
Date  Wed 7/30/2025 11:06 AM
To      sheriff@clinton-county.org <sheriff@clinton-county.org>; jburnett@cmda-law.com <jburnett@cmda-law.com>; kcoschino@cmda-law.com <kcoschino@cmda-law.com>; mday@cmda-law.com <mday@cmda-law.com>; tferrand@cmda-law.com <tferrand@cmda-law.com>; dt_77@hotmail.com <dt_77@hotmail.com>; dthelen@comcast.net <dthelen@comcast.net>; ach@advancedch.com <ach@advancedch.com>; csutton@jshlawmi.com <csutton@jshlawmi.com>; dscarber@chapmanlawgroup.com <dscarber@chapmanlawgroup.com>; npillow@chapmanlawgroup.com <npillow@chapmanlawgroup.com>; rchapman@chapmanlawgroup.com <rchapman@chapmanlawgroup.com>
Bcc    Micheala Ludwick <michealaludwick@gmail.com>

9 attachments (3 MB)
Ludwick Complaint.pdf; Notice of True Name.pdf; Summons Ludwick.pdf; pRESERVATION LETTER LUDWICK.pdf; Essenberg True Name.pdf; First Amended Complaint Essenberg.pdf; Original Complaint.pdf; Summons Essenberg.pdf; pRESERVATION LETTER ESSENBERG.pdf;

Please find attached a Summons, Complaint, Notice of True Name, and Preservation Letter in the above referenced matter. These are being sent via Certified Mail to appropriate parties today also.  I am hoping you will acknowledge service, and I will provide a reasonable extension for answer .  I am sending this as a courtesy.  Please feel free to give me a call to discuss. Thank you.

Sincerely,

Jacob A. Perrone (P71915)
*President and CEO*
**DRAGON LAWYERS PC**
325 East Grand River Ave., Suite 250
East Lansing, MI 48823
Phone: (517) 719-4657

**This is a transmission from *Dragon Lawyers PC* and is intended only for the use of the addressee.**

It may contain information which is privileged, confidential and/or protected by the attorney-client privilege or attorney work product doctrine.  If you are not the intended recipient, please e-mail the sender and destroy all copies of this message and any attachment.  Any disclosure, reproduction, distribution or use of the contents of this message or any attachment thereto is strictly prohibited.

**NOTICE TO PERSONS SUBJECT TO UNITED STATES TAXATION:**

IRS Circular 230 Disclosure: Any tax advice contained in this communication (including any attachments) was not written and is not intended by *Dragon Lawyers PC*  to be used for the purpose of

(i) avoiding penalties imposed by the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed herein.

Get Outlook for iOS