# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DIVISION OF MICHIGAN
*Southern Division*

**MICHEALA MICHELLE LUDWICK**,
   *Plaintiff*,            Case No.: 1:25-cv-00320-JMB
vs.                 Hon. **Jane M. Beckering**

**CLINTON COUNTY et. al.**,
   Defendants.
_____/

| | |
|---|---|
| **DRAGON LAWYERS PC ©** | **CUMMINGS MCCLOREY DAVIS & ACHO** |
| Jacob A. Perrone (P71915) | Timothy S. Ferrand (P39583) |
| Attorneys for Plaintiff | Attorney for Clinton County, Chapko, Stout |
| 325 East Grand River Ave., Suite 250 | 19176 Hall Rd., Ste 205 |
| East Lansing, MI 48823 | Clinton Township, MI 48038 |
| Phone: (517) 719-4657 | (586) 228-5600 |
| jacob.perrone@yahoo.com | tferrand@cmda-law.com |
| | |
| | **CHAPMAN LAW GROUP** |
| | Devlin Kyle Scarber (P64532) |
| | Attorney for Defendant Thelen |
| | 1441 W Long Lake Rd., Ste 310 |
| | Troy, MI 48098 |
| | (248) 644-6324 |
| | dscarber@chapmanlawgroup.com |

_____/

# PLAINTIFF MICHEALA LUDWICK'S OBJECTION TO REPORT AND RECOMMENDATION
_____/

  **NOW COMES** Plaintiff, ***Micheala Michelle Ludwick***, (hereinafter referred to as the "*Plaintiff*") by and through his or her attorneys, **DRAGON LAWYERS PC ©**, and provides this Objection to Report and Recommendation.

  1. On July 30, 2025, as a courtesy, the *Plaintiff* emailed counsel for *Advanced Correctional Healthcare, Inc. ("ACH")* providing the summons and Complaint and requesting an

1

acknowledgment of service in **EXHIBIT 1** attached hereto and incorporated herein by reference. Devlin Kyle Scarber, attorney for Defendant Dawn Thelen, received the July 30, 2025, email because he historically represented *ACH* in deliberate indifference litigation in the Western District of Michigan, specifically the *Hehrer* case.

2. On September 3, 2025, Plaintiff submitted a return receipt and summons returned for Certified Mail delivered to the front desk of *ACH's* headquarters. On October 27, 2028, *Plaintiff* resent out the summons and complaint via *US Mail Certified Mail* to *ACH's* CEO, Secretary, and Registered Agent as evidenced by **EXHIBIT 2** attached hereto and incorporated herein by reference.

3. The *Plaintiff* requests the opportunity to complete service by the most recent Certified mailings to the CEO, Secretary, and Registered Agent of *ACH* so this litigation can move forward as *ACH* and it's representative has been aware of the allegations and the litigation since at least July 30, 2025, if not before, when the case was in the *New York Times*.

4. While Plaintiff acknowledges that service issues have been problematic, there was a definite attempt at effectuating service and it is irrefutable that *ACH* did not have actual and/or implied notice of the underlying litigation, even to the extent that their prior attorney took the time to file a frivolous and unremarkable motion to dismiss that *Plaintiff* anticipated with be summarily rejected just as *Plaintiff's* persistent claims of medical distress at the *CCJ*.

5. If this court looks to the substance of the legal claims and attendant factual allegations, although ACH is not an indispensable party, it will be in the interest of judicial economy to allow the Certified Mails to be received by the representatives of *ACH* to cure the prior haphazard attempts at service. The mailings are expected to be completed by November 3, 2025, and the Plaintiff anticipates that service will be perfected on at least one of the three people qualified to accept service on behalf of

*ACH*. The most important point to emphasize is that there isn't any prejudice to *ACH* in this matter as they have been made aware of this matter on at least 3 occasions by the efforts of *Plaintiff's* counsel.

Respectfully submitted by,

**DRAGON LAWYERS PC ©**

Dated: October 28, 2025

By: *Jacob A. Perrone*
Jacob A. Perrone (P71915)
Attorney for *Plaintiff*
325 East Grand River Ave., Suite 250
East Lansing, MI 48823
(517) 719-4657
jacob.perrone@yahoo.com

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served on October 28, 2025, via e-filing herein at their respective addresses as disclosed on the pleadings.

I declare that the statements above are true to the best of my knowledge, information and belief.

/s/ *Jacob A. Perrone*