1761593996870x298004077163315200



# Certificate of Mailing Submission

On Oct 27, 2025 3:39 pm, Jacob Perrone (jacob.perrone@yahoo.com - 68.61.174.26) or an account user thereof submitted a letter to be mailed via DocuPost.com

The letter was moved to production and mailing at Oct 27, 2025 7:41 pm.  The letter was assigned USPS tracking # 9214890235890900035355901

The supplied document contained 33 pages and was submitted with the following recipient information:

Multiple recipients

With the following supplied return address information:

Dragon Lawyers PC
325 East Grand River Ave
Suite 250
East Lansing MI 48823

**Certificate of Mailing Submission - Terms and Conditions**

This Certificate of Mailing Submission confirms that DocuPost LLC received a request to process and mail the specified document(s) from the user on the stated submission date. It serves as proof of submission to DocuPost's mailing system but does not guarantee that the document(s) were mailed, delivered, or received by the intended recipient. The submission date reflects the date and time the mailing request was successfully entered into our system, not the date the document(s) were physically mailed.

All information above reflects what was supplied to us by the end-user and/or what represents the most current information available as of the retrieval of this Certificate of Mailing Submission.

Please be aware that letter production times, holidays, non-business days, and variability in USPS processing and delivery schedules may impact the actual mailing and delivery timeline. While DocuPost strives to prepare and submit mailings as promptly as possible, delays may occur due to high demand, technical issues, non-business days, or USPS operational challenges, including those during peak mailing seasons or holidays. This Certificate of Mailing does not imply compliance with any legal or regulatory deadlines and should not be interpreted as evidence of actual mailing, delivery, or receipt. DocuPost LLC disclaims any liability for delays caused by letter production times, holidays, non-business days, USPS delays, or other circumstances occurring after the submission of your mailing request.

**DocuPost**

Send mail →

- Home
- My mailings
  - Letters
  - Postcards
  - Checks
- Address book
  - Recipients
  - Mailing lists
  - Senders
- Account settings

Funds
$0.00

Preview available for 88 days

First Amended Complaint Essenberg.pdf

← Back to all letters

**All recipients**

Export CSV

| NAME | STATUS | ACTIONS |
|---|---|---|
| Jessica Young - 720 Cool Springs... | ⊘ On the way | Download PDF · USPS Tracking |
| ADVANCED CORRECTIONAL... | ⊘ On the way | Download PDF · USPS Tracking |
| Angela Moriarty - 720 Cool Springs... | ⊘ On the way | Download PDF · USPS Tracking |

Mailing List: ach2

@ Sender

Print options
Black & white

Delivery
USPS First Class

USPS Base Rate                $0.95

 **DocuPost**

Send mail

🏠 Home

📦 My mailings

   Letters

   Postcards

   Checks

📖 Address book

   Recipients

   Mailing lists

   Senders

☎ Help center

← Back to all letters



## Delivery Status

✉ On the way

Estimated delivery: Nov 3, 2025

USPS Tracking #
9214890235890900003535
5901

 

Preparing  **On the way**



Delivered

### Order Summary

**Pages**
33

**Print options**
Black & white

**Deliver**
USPS First Class

**USPS Base Rate**

**First Class**



## Multiple recipients

View all recipients

Mailing List:
ach2

### Preview
Preview available for 88 days

Download PDF Preview

Certificate of Mailing Submission

⚙ Account settings

Funds
**$0.00**



upgrad

**Print in black & white**
33 pages

**Extra postage fee (>5 pages)**

**Certified Mail w/ Electro Return Receipt**

3 recipien ×

# Tota

Billed on October 27, 2025 for $79.65. Prices above reflect current rates.

**S e n d er**

Dragon Lawyers PC
325 East Grand River Ave Suite 250 East Lansing MI 48823

Funds

**$0.00**