# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DIVISION OF MICHIGAN
*Southern Division*

**MICHEALA MICHELLE LUDWICK**,

    *Plaintiff*,

vs.

**CLINTON COUNTY et. al.**,

    Defendants.

Case No.: 1:25-cv-00320-JMB
Hon. *Jane M. Beckering*

___

**DRAGON LAWYERS PC ©**
Jacob A. Perrone (P71915)
Attorneys for Plaintiff
325 East Grand River Ave., Suite 250
East Lansing, MI 48823
Phone: (517) 719-4657
jacob.perrone@yahoo.com

**CUMMINGS MCCLOREY DAVIS & ACHO**
Timothy S. Ferrand (P39583)
Attorney for Clinton County, Chapko, Stout
19176 Hall Rd., Ste 205
Clinton Township, MI 48038
(586) 228-5600
tferrand@cmda-law.com

**CHAPMAN LAW GROUP**
Devlin Kyle Scarber (P64532)
Attorney for Defendant Thelen
1441 W Long Lake Rd., Ste 310
Troy, MI 48098
(248) 644-6324
dscarber@chapmanlawgroup.com

___

# PLAINTIFF MICHEALA LUDWICK'S FIRST AMENDED OBJECTION TO REPORT AND RECOMMENDATION

___

    **NOW COMES** Plaintiff, ***Micheala Michelle Ludwick***, (hereinafter referred to as the "*Plaintiff*") by and through his or her attorneys, **DRAGON LAWYERS PC ©**, and provides this First Amended Objection to Report and Recommendation.

    1.    ~~On July 30, 2025, as a courtesy, the *Plaintiff* emailed counsel for *Advanced Correctional Healthcare, Inc. ("ACH")* providing the summons and Complaint and requesting an~~

1

~~acknowledgment of service in **EXHIBIT 1** attached hereto and incorporated herein by reference. Devlin Kyle Scarber, attorney for Defendant Dawn Thelen, received the July 30, 2025, email because he historically represented *ACH* in deliberate indifference litigation in the Western District of Michigan, specifically the *Hehrer* case.~~

~~2.~~   ~~On September 3, 2025, Plaintiff submitted a return receipt and summons returned for Certified Mail delivered to the front desk of *ACH's* headquarters. On October 27, 2028, *Plaintiff* resent out the summons and complaint via *US Mail Certified Mail* to *ACH's* CEO, Secretary, and Registered Agent as evidenced by **EXHIBIT 2** attached hereto and incorporated herein by reference.~~

~~3.~~   The *Plaintiff* requests the opportunity to complete service by the most recent Certified mailings to the Registered Agent of *ACH* ~~so this litigation can move forward as *ACH* and it's representative has been aware of the allegations and the litigation since at least July 30, 2025, if not before, when the case was in the *New York Times*.~~ The mailings for the CEO and Secretary were both signed for by front desk. The mailing to *CT Corporation System* on behalf of and as registered agent of *ACH,* appears to be available for pickup but it is anticipated it will likely be delivered November 6,2025*,* that will perfect service*.* In light of the difficulty *Plaintiff* has had in getting *ACH* served, the *Plaintiff* has also utilized a process server on a rush basis to deliver Summons and Complaint to *CT Corporation Systems* on behalf of *ACH* that is also anticipated to perfect service on November 6, 2025

~~4.   While Plaintiff acknowledges that service issues have been problematic, there was a definite attempt at effectuating service and it is irrefutable that *ACH* did not have actual and/or implied notice of the underlying litigation, even to the extent that their prior attorney took the time to file a frivolous and unremarkable motion to dismiss that *Plaintiff* anticipated with be summarily rejected just as *Plaintiff's* persistent claims of medical distress at the *CCJ.*~~

~~5.~~   If this court looks to the substance of the legal claims and attendant factual allegations, although ACH is not an indispensable party, it will be in the interest of judicial economy to allow the Certified Mails and Process service diligently being attempted to be received by the Registered Agent of *ACH*. ~~The mailings are expected to be completed by November 3, 2025, and the~~ Plaintiff anticipates that service will be perfected on at least one of the three people qualified to accept service on behalf of *ACH*. ~~The most important point to emphasize is that there isn't any prejudice to *ACH* in this matter as they have been made aware of this matter on at least 3 occasions by the efforts of *Plaintiff's* counsel.~~

Respectfully submitted by,

**DRAGON LAWYERS PC ©**

Dated: November 5, 2025

By: *Jacob A. Perrone*
Jacob A. Perrone (P71915)
Attorney for *Plaintiff*
325 East Grand River Ave., Suite 250
East Lansing, MI 48823
(517) 719-4657
jacob.perrone@yahoo.com

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served on November 5, 2025, via e-filing herein at their respective addresses as disclosed on the pleadings.

I declare that the statements above are true to the best of my knowledge, information and belief.

/s/ *Jacob A. Perrone*

ALERT: AN UNEXPECTED INCIDENT AT THE AIRPORT IN LOUISVILLE, KY MAY DELAY FINAL D…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9214890235890900003535901

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item arrived at the CHICAGO, IL 60604 post office at 10:33 am on November 5, 2025 and is ready for pickup.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Available for Pickup

**Available for Pickup**
CHICAGO, IL 60604
November 5, 2025, 10:33 am

**Arrived at Post Office**
CHICAGO, IL 60699
November 5, 2025, 10:11 am

See All Tracking History

Feedback

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**  ⌄

**Return Receipt Electronic**  ⌄

**UNITED STATES POSTAL SERVICE**

November 5, 2025

Dear Jacob Perrone:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8902 3589 0900 0035 3558 95**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | November 1, 2025, 10:22 am |
| **Location:** | FRANKLIN, TN 37067 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

**Recipient Signature**

Signature of Recipient:

Address of Recipient: 720 COOL SPRINGS BLVD STE 100, FRANKLIN, TN 37067

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

November 5, 2025

Dear Jacob Perrone:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8902 3589 0900 0035 3558 95**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | November 1, 2025, 10:22 am |
| **Location:** | FRANKLIN, TN 37067 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

### Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: 720 COOL SPRINGS BLVD STE 100, FRANKLIN, TN 37067

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

**Dragon Lawyers PC**
325 E Grand River Ave Ste 250
East Lansing, MI 48823-4356

| | |
|---|---|
| INVOICE# | 24888450.100 |
| DATE | Nov 05, 2025 |
| ACCOUNT# | 243398 |
| ATTENTION | jacobperrone222@gmail.com |
| REFERENCE# | JM-56593 |

**AMOUNT DUE** $ 0.00

| CASE # | N/A |
|---|---|
| CASE TITLE | N/A |
| COURT | N/A |

**SERVICES PERFORMED**

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Prepare Suit** | | |
| Process Service - Web Upload | **Uploaded File(s):** ACH Mailing 11-5.pdf, svc packt 8-6.pdf<br>**Rush Requested:** Yes<br>**Parties To Serve:** 1 | 150.00 |

| | |
|---|---|
| SUBTOTAL | $ 150.00 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 150.00** |

**PAYMENTS**

| SOURCE | DATE | AMOUNT |
|---|---|---|
| MasterCard ending in 6598 | November 05, 2025 | 150.00 |

**AMOUNT PAID** $ 150.00

**AMOUNT DUE** $ 0.00