AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **25-CV-320-JMB**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Advanced Correctional Healthcare Inc.**
was recieved by me on  **11/06/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Derrick Hackett**, who is designated by law to accept service of process on behalf of **Advanced Correctional Healthcare Inc.** at **208 So Lasalle St Suite 814, Chicago, IL 60604** on **11/06/2025 at 2:39 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 150.00** for services, for a total of **$ 150.00**.

I declare under penalty of perjury that this information is true.

Date:   11/06/2025

*Server's signature*

**Christopher Anthony Rodriquez**
*Printed name and title*

**227 W. Monroe Street
Suite 2117
Chicago, IL 60606**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; FIRST AMENDED COMPLAINT,  to Derrick Hackett who identified themselves as the person authorized to accept with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black male contact 25-35 years of age, 5'8"-5'10" tall and weighing 140-160 lbs with glasses.**



Tracking #: **0194155304**

