# EXHIBIT A



Business | Trademark | Login

Home
Search
Forms

# Business Search

As of 11/26/2025 we have processed all business filings received in our office through 11/23/2025.

**To file a document or annual report/statement for an existing entity, search for the entity, select Request Access from the slide-out drawer, complete the questions, refresh the webpage, and select File Subsequent Document or File Annual Report/Statement.**

**The same process applies to order certificates and copies.**

You must be logged in to file documents or order certificates and copies. Click on the Login button in the top right. If you do not have an account, create one. The credentials from the previous system did not transfer to this system.

Business Search Info:

Advanced Correctional Healthcare *

Advanced

Results: 1

| Name | Filing Date | Status | AR Standing | Entity Type | Entity ID# | Agent | AR Due Date |
|---|---|---|---|---|---|---|---|
| ADVANCED CORRECTIONAL HEALTHCARE, INC. | 01/05/2006 | Active | Good | Foreign Profit Corporation | 801048531 | THE CORPORATION COMPANY | 05/15/2026 |