# EXHIBIT B

Case 1:20-cv-01079-JTN-RSK ECF No. 39-2, PageID.623 Filed 2/12/21 Page 2 of 4
Case 1:20-cv-01079-JTN-RSK ECF No. 4, PageID.142 Filed 11/25/20 Page 1 of 17

AO 440 (Rev. (7/00) Summons in a Civil Action

12-96

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Rhonda Hehrer, as Personal Representative of the Estate of Joseph Hehrer

v.

Clinton County, et al

Case No. 20-cv-01079-JTN-RSK
Hon. Janet T. Neff

TO: ADVANCED CORRECTIONAL HEALTHCARE, INC
ADDRESS: co The Corporation Company
40600 Ann Arbor Road, Ste. 201
Plymouth, Michigan 48170

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Kara E. Weisman
Attorney for Plaintiff
17197 N. Laurel Park Dr., Ste. 500
Livonia, Michigan 48152

CLERK OF COURT

By: Deputy Clerk          November 25, 2020
                          Date

---

## PROOF OF SERVICE

This summons for __ADVANCED CORRECTIONAL HEALTHCARE, INC__ (name of individual and title, if any) was received by me on __12/7/20__ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☒ I served the summons on __The Corporation Company__ (name of individual), who is designated by law to accept service of process on behalf of __Advanced Correctional Healthcare Inc__ (name of organization) on __12/8/20 @ 0835__ (date). 40600 Ann Arbor Rd, Plymouth, MI, P20

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ __45.36__ for travel and $ __28__ for services, for a total of $ __73.36__.

I declare under the penalty of perjury that this information is true.
Date: __12/9/20__

_Adam Kwiatkowski_
Server's signature

Adam Kwiatkowski, server
Server's printed name and title

2735 Trowbridge St, Hamtramck, MI
Server's address