UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHEALA MICHELLE LUDWICK,

    Plaintiff,

v.

CLINTON COUNTY, et al.,

    Defendants.

_____/

Case No. 1:25-cv-320

HON. JANE M. BECKERING

**ORDER**

    This is a civil rights action brought under 42 U.S.C. § 1983. Defendant Dawn Thelen filed a Motion to Dismiss, and Alternatively, Motion for Summary Judgment (ECF No. 30). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 38) on November 26, 2025, recommending that this Court grant the motion[1] and dismiss Defendant Thelen from this action. The Report and Recommendation was duly served on all parties that have appeared to date. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 38) is APPROVED and ADOPTED as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that the Motion for summary judgment (ECF No. 30) is GRANTED. Defendant Thelen is DISMISSED from this action.

Dated: December 16, 2025

                                                        /s/ Jane M. Beckering
                                                        JANE M. BECKERING
                                                        United States District Judge

---

[1] The Magistrate Judge considered the Motion to Dismiss, and Alternatively, Motion for Summary Judgment (ECF No. 30) as a motion for summary judgment (*see* ECF No. 38 at PageID.201).