UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHEALA MICHELLE LUDWICK,

      Plaintiff,

v.

CLINTON, COUNTY OF, et al.,

      Defendants.
_____/

Case No. 1:25-cv-00320-JMB-SJB

Hon. Jane M. Beckering

## NOTICE OF HEARING CANCELLATION

The Rule 16 scheduling conference set in this matter for **January 29, 2026** is hereby **CANCELLED.** A Case Management Order will issue.

U.S. Magistrate Judge

Dated: January 20, 2026    By:  /s/ Julie Lenon
                                            Judicial Assistant