UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHEALA MICHELLE LUDWICK ,

    Plaintiff,

v.

    Case No. 1:25-cv-320

CLINTON, COUNTY OF et al.,

    HON. JANE M. BECKERING

    Defendants.

_____/

## CASE MANAGEMENT ORDER

**IT IS HEREBY ORDERED:**

| | | |
|---|---|---|
| Motions to Join Parties or Amend Pleadings | | MARCH 9, 2026 |
| Rule 26(a)(1) Disclosures | Plaintiff: | MARCH 9, 2026 |
| | Defendants: | MARCH 9, 2026 |
| Disclose Name, Address, Area of Expertise and provide a short summary of expected testimony of all testifying experts (Rule 26(a)(2)(A)) | Plaintiff: | JULY 9, 2026 |
| | Defendants: | AUGUST 9, 2026 |
| Disclosure of Expert Witness Reports (Rule 26(a)(2)(B)) | Plaintiff: | JULY 9, 2026 |
| | Defendants: | AUGUST 9, 2026 |
| Completion of Discovery | | SEPTEMBER 9, 2026 |
| Dispositive Motions | | OCTOBER 9, 2026 |
| Interrogatories will be limited to: | | 25 single part questions |
| Depositions will be limited to: (Fact Witnesses Per Side) | | 10 per side |
| Requests for Admission will be limited to: | | 10 per side |
| Requests for Production of Documents will be limited to: | | 25 per side |
| ADR To Take Place On Or Before: | | SEPTEMBER 9, 2026 |

1.     JOINDER OF PARTIES AND AMENDMENTS OF PLEADINGS:  All motions for joinder of parties and all motions to amend the pleadings must be filed by the date set forth in the table above.

2.     DISCLOSURES AND EXCHANGES:  The parties are unable to agree on voluntary production at this time.

3.     DISCOVERY:  All discovery proceedings shall be completed no later than the date set forth in the table above, and shall not continue beyond this date.  All interrogatories, requests for admissions, and other written discovery requests must be served no later than thirty days before the close of

discovery. All depositions must be completed before the close of discovery. Interrogatories will be limited as set forth in the table above. Depositions will be limited as set forth in the table above. There shall be no deviations from this order without prior approval of the court upon good cause shown. Time limitations for depositions set forth in Rule 30(d)(1) apply to this case except for depositions of the parties.

4. <u>MOTIONS</u>:

   a. Non-dispositive motions shall be filed in accordance with W.D. Mich. LCivR. 7.3. This matter has been referred to a Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and W.D. Mich. LCivR 72.2(b). In accordance with 28 U.S.C. § 471, et seq., it is the policy of this Court to prohibit the consideration of discovery motions unless accompanied by a certification that the moving party has made a reasonable and good faith effort to reach agreement with opposing counsel on the matters set forth in the motion.

   b. Dispositive motions shall be filed in accordance with W.D. Mich. LCivR 7.2 by the date set forth in the table above. If the dispositive motion is based on depositions, the Court prefers that parties file the entire deposition transcript with the relevant portions highlighted. Alternatively, a party may file only those excerpts that are relevant to the motion. If the dispositive motion references answers to interrogatories as a supporting document, then only those excerpts that are relevant to the motion shall be filed. The Court may schedule oral argument or may, in its discretion, dispose of the motion without argument at the end of the briefing schedule. **One courtesy copy of all dispositive motion papers (including responses and replies) and all accompanying exhibits must be submitted directly to the judge's chambers on paper.**

5. ALTERNATIVE DISPUTE RESOLUTION: In the interest of facilitating prompt resolution of this case, this matter is submitted to facilitative mediation. The parties have fourteen (14) days from the date of this Order to jointly choose one mediator from the list of court certified mediators.[1] Plaintiff is responsible for e-filing notification of the name of the selected mediator. If the parties fail to select a mediator by this deadline, the ADR Administrator[2] will select one for them. Once the mediator is selected, a Notice will issue regarding the method and schedule for the mediation conference.

Dated: <u>January 20, 2026</u>                          <u>/s/ Sally J. Berens</u>
                                                        SALLY J. BERENS
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] www.miwd.uscourts.gov
[2] ADR Administrator, U.S. District Court, 399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503; 616/456-2381; adr@miwd.uscourts.gov