UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHEALA MICHELLE LUDWICK,

    Plaintiff,

v.

CLINTON, COUNTY OF, et al.,

    Defendants.

_____/

Case No. 1:25-cv-320

HON. JANE M. BECKERING

## MEMORANDUM OPINION AND ORDER

This is a civil rights action, filed pursuant to 42 U.S.C. § 1983, in which Plaintiff Michaela Ludwick alleges a violation of her constitutional rights during her detention at a county jail arising from an alleged failure to recognize or treat her "Xanax withdrawal," among other allegations (*see generally* Compl., ECF No. 1). On December 23, 2025, the Court entered an Opinion and Order adopting the Magistrate Judge's Report and Recommendation (R&R, ECF No. 31) and dismissing with prejudice Defendant Advanced Correctional Healthcare, Inc. from this action given Plaintiff's failure to prosecute (*see* Op. & Or., ECF No. 41).

Now before the Court is Plaintiff's Motion for Relief from Judgment (ECF No. 48). Federal Rule of Civil Procedure Rule 60(b) provides that a "court may relieve a party or its legal representative from a final judgment, order, or proceeding for" the following reasons:

> (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief.

FED. R. CIV. P. 60(b).  Whether to grant relief under Rule 60 is a decision committed to the trial court's discretion.  *Kelmendi v. Detroit Bd. of Educ.*, 780 F. App'x 310, 312 (6th Cir. 2019).

After a careful review of Plaintiff's motion, the factual record, and relevant authorities, the Court concludes that Plaintiff has not established any ground for relief from judgment under Federal Rule of Civil Procedure 60(b), and the Court will exercise its discretion to deny the Motion. Plaintiff has failed to demonstrate excusable neglect for the reasons stated in this Court's prior Opinion and Order (ECF No. 41) (collecting cases) (citing *Dudley El v. Michigan Dep't of Corr.*, No. 17-2288, 2018 WL 5310761, at *3 (6th Cir. May 23, 2018) (affirming dismissal with prejudice of § 1983 claims for failure to prosecute)).

Accordingly:

**IT IS HEREBY ORDERED** that the Motion for Relief from Judgment (ECF No. 48) is DENIED.


Dated:  January 22, 2026                             /s/ Jane M. Beckering
                                                     JANE M. BECKERING
                                                     United States District Judge