## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

MICHEALA MICHELLE LUDWICK,
an Individual,

     Plaintiff,

v.

Case No.: 25-cv-00320
Judge Jane M. Beckering
Mag. Judge Sally J. Berens

CLINTON COUNTY, MICHIGAN, a state of Michigan municipality,
SHERIFF SEAN DUSH, individually and as employee/agent Clinton County,
CLINTON COUNTY SHERIFF'S OFFICE, DEPUTY ALEXIS CHAPKO,
individually and as employee/agent Clinton County, SERGEANT RICHARD
STOUT, individually and as employee/agent Clinton County, ~~DAWN THELEN,
L.P.N., individually and as employee/agent Clinton County~~, JOHN DOES, to be
named individually and as employees/agents Clinton County,
~~ADVANCED CORRECTIONAL HEALTHCARE, INC., an Illinois corporation~~

     Defendants.

| | |
|---|---|
| JACOB A. PERRONE (P71915) | TIMOTHY S. FERRAND (P39583) |
| Dragon Lawyers PC | Cummings, McClorey, Davis & Acho, PLC |
| Attorney for Plaintiff | Attorney for Clinton County, Dush, Sheriff's |
| 325 East Grand River Ave., Suite 250 | Office, Chapko, Stout and John Does |
| East Lansing, MI 48823 | 19176 Hall Road, Suite 205 |
| (844) 525-3529 | Clinton Township, MI  48038 |
| Jacob.perrone@yahoo.com | (586) 228-5600 |
| | tferrand@cmda-law.com |
| | tlange@cmda-law.com |

## NOTICE OF SELECTION OF MEDIATOR

Pursuant to the Order of this Court, the parties agree to and select the

following mediator in this matter:

Mona K. Majzoub
26400 Lahser Road, Suite 250
Southfield, MI 48033

{02501125-1 }

Respectfully Submitted,

***Cummings, McClorey, Davis & Acho, P.L.C.***

By:    */s/ TIMOTHY S. FERRAND*
          Timothy S. Ferrand (P39583)
          Attorney for Clinton County, Dush, Sheriff's
          Office, Chapko, Stout and John Does
          19176 Hall Road, Suite 205
          Clinton Township, MI 48038
          (586) 228-5600
Dated: February 4, 2026     tferrand@cmda-law.com

## *CERTIFICATE OF SERVICE*

I hereby certify that on February 4, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: [none]

***Cummings, McClorey, Davis & Acho, PLC***

By:    /s/ TIMOTHY S. FERRAND

{02501125-1 }2