## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

MICHEALA MICHELLE LUDWICK,
an Individual,

      Plaintiff,

v.

                                Case No.: 25-cv-00320
                                Judge Jane M. Beckering
                                Mag. Judge Sally J. Berens

CLINTON COUNTY, MICHIGAN, a state of Michigan municipality,
SHERIFF SEAN DUSH, individually and as employee/agent Clinton County,
CLINTON COUNTY SHERIFF'S OFFICE, DEPUTY ALEXIS CHAPKO,
individually and as employee/agent Clinton County, SERGEANT RICHARD
STOUT, individually and as employee/agent Clinton County, ~~DAWN THELEN,
L.P.N., individually and as employee/agent Clinton County~~, JOHN DOES, to be
named individually and as employees/agents Clinton County,
~~ADVANCED CORRECTIONAL HEALTHCARE, INC., an Illinois corporation~~

      Defendants.

| | |
|---|---|
| JACOB A. PERRONE (P71915)<br>Dragon Lawyers PC<br>Attorney for Plaintiff<br>325 East Grand River Ave., Suite 250<br>East Lansing, MI 48823<br>(844) 525-3529<br>Jacob.perrone@yahoo.com | TIMOTHY S. FERRAND (P39583)<br>Cummings, McClorey, Davis & Acho, PLC<br>Attorney for Clinton County, Dush, Sheriff's<br>Office, Chapko, Stout and John Does<br>19176 Hall Road, Suite 205<br>Clinton Township, MI  48038<br>(586) 228-5600<br>tferrand@cmda-law.com<br>tlange@cmda-law.com |

## DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S ANSWERS TO FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

Defendants, CLINTON COUNTY, MICHIGAN, SHERIFF SEAN DUSH,

CLINTON COUNTY SHERIFF'S OFFICE, DEPUTY ALEXIS CHAPKO,

SERGEANT RICHARD STOUT, and JOHN DOES, by and through their attorneys,

{02589734-1 }

CUMMINGS, McCLOREY, DAVIS & ACHO, PLC, submit the following Motion to Compel Plaintiff's Answers to Defendant's First Interrogatories and Request for Production of Documents:

1.    Pursuant to Fed. R. Civ. P. 33 and 34, First Interrogatories and Requests for Production of Documents were served upon Plaintiff's Counsel on April 9, 2026, as appears from the Proof of Service attached to said document, a copy of which is attached hereto as **Exhibit A**.

2.    The time to answer these discovery requests has expired.

3.    Plaintiff has not filed objections to these discovery requests, requested a Protective Order, or filed a Motion for extension of time to answer.

4.    Plaintiff has refused and/or neglected to answer these discovery requests and is subject to the consequences for refusing to respond, as provided in Fed. R. Civ. P. 37.

5.    Pursuant to Fed. R. Civ. P. 37 and L.R. 7.1, movant has, in good faith, conferred or attempted to confer with Plaintiff's Counsel in an effort to obtain concurrence in the relief sought.

6.    On April 29, 2026, the parties attended a meet and confer in which Plaintiff's Counsel advised answers to Defendants' discovery requests would be provided when due pursuant to the Court Rules (on or before May 11, 2026).

7.    On May 28, 2026, Plaintiff advised that he would have "something" to

Defendants by May 29, 2026. When asked if Plaintiff's Counsel was referring to Plaintiff's discovery responses and if so, Defendants would refrain from filing a Motion until June 1, 2026, no response was received. See attached **Exhibit B**.

8.    On June 15, 2026, Plaintiff's Counsel advised that Plaintiff's answers "should be completed and turned over" by June 16, 2026. No answers have been received. See attached **Exhibit C**.

9.    Despite reasonable efforts, including holding an early meet and confer with Plaintiff's Counsel to address Plaintiff's discovery responses and offering to postpone filing a Motion to Compel, Plaintiff has failed to provide her responses thus necessitating the need for this Motion.

WHEREFORE, Defendants CLINTON COUNTY, MICHIGAN, SHERIFF SEAN DUSH, CLINTON COUNTY SHERIFF'S OFFICE, DEPUTY ALEXIS CHAPKO, SERGEANT RICHARD STOUT, and JOHN DOES respectfully request that this Honorable Court enter an Order compelling Plaintiff to answer their First Interrogatories and Request for Production of Documents, under such terms and conditions as the Court shall order, and further, that this Court award costs and attorney fees incurred in the filing of this Motion.

Respectfully Submitted,

***Cummings, McClorey, Davis & Acho, P.L.C.***

By:    */s/ TIMOTHY S. FERRAND*
Timothy S. Ferrand (P39583)

{02589734-1 }3

Attorney for Clinton County, Dush, Sheriff's
Office, Chapko, Stout and John Does
19176 Hall Road, Suite 205
Clinton Township, MI 48038
(586) 228-5600
tferrand@cmda-law.com

Dated: June 17, 2026

{02589734-1 }4

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

MICHEALA MICHELLE LUDWICK,
an Individual,

    Plaintiff,

v.

Case No.: 25-cv-00320
Judge Jane M. Beckering
Mag. Judge Sally J. Berens

CLINTON COUNTY, MICHIGAN, a state of Michigan municipality,
SHERIFF SEAN DUSH, individually and as employee/agent Clinton County,
CLINTON COUNTY SHERIFF'S OFFICE, DEPUTY ALEXIS CHAPKO,
individually and as employee/agent Clinton County, SERGEANT RICHARD
STOUT, individually and as employee/agent Clinton County, ~~DAWN THELEN,
L.P.N., individually and as employee/agent Clinton County~~, JOHN DOES, to be
named individually and as employees/agents Clinton County,
~~ADVANCED CORRECTIONAL HEALTHCARE, INC., an Illinois corporation~~

    Defendants.

| | |
|---|---|
| JACOB A. PERRONE (P71915)<br>Dragon Lawyers PC<br>Attorney for Plaintiff<br>325 East Grand River Ave., Suite 250<br>East Lansing, MI 48823<br>(844) 525-3529<br>Jacob.perrone@yahoo.com | TIMOTHY S. FERRAND (P39583)<br>Cummings, McClorey, Davis & Acho, PLC<br>Attorney for Clinton County, Dush, Sheriff's<br>Office, Chapko, Stout and John Does<br>19176 Hall Road, Suite 205<br>Clinton Township, MI  48038<br>(586) 228-5600<br>tferrand@cmda-law.com<br>tlange@cmda-law.com |

## BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S ANSWERS TO FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

Defendants, CLINTON COUNTY, MICHIGAN, SHERIFF SEAN DUSH,

CLINTON COUNTY SHERIFF'S OFFICE, DEPUTY ALEXIS CHAPKO,

SERGEANT RICHARD STOUT, and JOHN DOES, by and through their attorneys,

{02589734-1 }

CUMMINGS, McCLOREY, DAVIS & ACHO, PLC, bring this Motion to Compel

Discovery under Fed. R. Civ. P. 37, and rely on Fed. R. Civ. P. 37, 33 and 34.

Respectfully Submitted,

*Cummings, McClorey, Davis & Acho, P.L.C.*

By:    /s/ TIMOTHY S. FERRAND
       Timothy S. Ferrand (P39583)
       Attorney for Clinton County, Dush, Sheriff's
       Office, Chapko, Stout and John Does
       19176 Hall Road, Suite 205
       Clinton Township, MI 48038
       (586) 228-5600
Dated: June 17, 2026    tferrand@cmda-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: [none]

*Cummings, McClorey, Davis & Acho, PLC*

By:    /s/ TIMOTHY S. FERRAND

{02589734-1 }2

## CERTIFICATE OF COMPLIANCE

This brief complies with the word limit of LCivR 7.3(b)(1) because, excluding the parts exempted by LCivR 7.3(b)(1), it contains 513 words. The word count was generated using Microsoft Word for Microsoft 365 MSO (Version 2402).

Respectfully Submitted,

***Cummings, McClorey, Davis & Acho, P.L.C.***

By:    */s/ TIMOTHY S. FERRAND*
Timothy S. Ferrand (P39583)
Attorney for Clinton County, Dush, Sheriff's
Office, Chapko, Stout and John Does
19176 Hall Road, Suite 205
Clinton Township, MI 48038
(586) 228-5600
Dated: June 17, 2026    tferrand@cmda-law.com

{02589734-1 }3