UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MICHEALA MICHELLE LUDWICK,

     Plaintiff,

v.                                                                                    Hon. Jane M. Beckering

CLINTON, COUNTY OF, et al.,                                          Case No. 1:25-cv-320

     Defendants.

## ORDER

This matter is before the Court on Defendants' Motion to Compel Plaintiff's Answers to First Interrogatories and Requests for Production of Documents. (ECF No. 53.) Plaintiff failed to file a response to Defendants' motion.

Upon review of the motion and related filings, the motion (ECF No. 53) is granted. Within 14 days of the date of this Order, Plaintiff shall respond to Defendants' First Interrogatories and Request for Documents. Counsel for Defendants is invited to submit a declaration within seven days of the date of this Order in support of his request for attorneys' fees and costs. Plaintiff shall have seven days from the filing of Defendants' declaration to file a response. The motion hearing set for July 13, 2026, at 10:00 a.m. is cancelled.

IT IS SO ORDERED.

Dated: July 8, 2026                                          /s/ Sally J. Berens
                                                                        SALLY J. BERENS
                                                                        U.S. Magistrate Judge