UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MICHEALA MICHELLE LUDWICK,
an Individual,

     Plaintiff,

v.

                                        Case No.: 25-cv-00320
                                        Judge Jane M. Beckering
                                        Mag. Judge Sally J. Berens

CLINTON COUNTY, MICHIGAN, a state of Michigan municipality,
SHERIFF SEAN DUSH, individually and as employee/agent Clinton County,
CLINTON COUNTY SHERIFF'S OFFICE, DEPUTY ALEXIS CHAPKO,
individually and as employee/agent Clinton County, SERGEANT RICHARD
STOUT, individually and as employee/agent Clinton County, ~~DAWN THELEN,~~
~~L.P.N., individually and as employee/agent Clinton County~~, JOHN DOES, to be
named individually and as employees/agents Clinton County,
~~ADVANCED CORRECTIONAL HEALTHCARE, INC., an Illinois corporation~~

     Defendants.

| | |
|---|---|
| JACOB A. PERRONE (P71915) | TIMOTHY S. FERRAND (P39583) |
| Dragon Lawyers PC | Cummings, McClorey, Davis & Acho, PLC |
| Attorney for Plaintiff | Attorney for Clinton County, Dush, Sheriff's |
| 325 East Grand River Ave., Suite 250 | Office, Chapko, Stout and John Does |
| East Lansing, MI 48823 | 19176 Hall Road, Suite 205 |
| (844) 525-3529 | Clinton Township, MI 48038 |
| Jacob.perrone@yahoo.com | (586) 228-5600 |
| | tferrand@cmda-law.com |
| | tlange@cmda-law.com |

## STIPULATION TO ORDER TO AMEND
## CASE MANAGEMENT ORDER

     The parties hereto, by and through their respective counsel of record, hereby

stipulate and agree to entry of the attached Amended Case Management Order.

Additional time is necessary to complete discovery which is incomplete and

{02646637-1 }

ongoing. Additional time is necessary to adequately brief the important issues for facilitation and Dispositive Motions.

Defendants served Plaintiff with First Interrogatories and Requests to Produce on April 9, 2026. During the Parties' meet and confer on April 29, 2026, Plaintiff advised the answers to Defendants' discovery would be produced by May 11, 2026. On May 28, 2026, Plaintiff advised that answers would be produced by May 29, 2026. On June 15, 2026 Plaintiff advised that answers would be produced by June 16, 2026. Plaintiff did not produce any answers and Defendants filed a Motion to Compel on June 17, 2026 (**ECF No. 53**). On July 8, 2026, this Court granted Defendants' Motion and ordered Plaintiff to produce answers to Defendants' discovery by July 22, 2026 (**EFC No. 57**). On July 27, 2026, Plaintiff produced answers to discovery. On July 30, 2026, Plaintiff produced supplemental answers. The discovery responses are incomplete. The parties participated in a meet and confer on August 10, 2026, wherein it was agreed that Plaintiff will produce full and complete answers to Defendants' First Interrogatories and Requests to Produce by August 21, 2026.

Additional time is necessary to complete important discovery. This lawsuit arises out of Plaintiff's allegations of failure to provide medical attention while in custody. However, Plaintiff has yet to identify her medical condition, identify her medical providers who diagnosed and treated the condition and identify the medical

providers who treated her condition after the in-custody event. Plaintiff claims damages for lost wages and loss of earnings capacity. However, Plaintiff has yet to identify her employers and yet to provide authorizations for the release of employment and tax records. Plaintiff claims 4th and 5th Amendment violations. However, Plaintiff has yet to identify the factual basis for these claims or identify the witnesses and evidence upon which the claims are based.

The deadline to participate in facilitation is September 9, 2026. Discovery is scheduled to close on September 9, 2026. The Parties cannot participate in meaningful facilitation without the necessary discovery. The Parties cannot make important decisions regarding the need for medical experts without the pertinent medical records. The Plaintiff cannot be meaningfully deposed without records regarding her claims of damages and injury.

Therefore, the Parties seek to amend the Case Management Order to allow for continued discovery, including depositions, and to participate in a meaningful facilitation.

/s/ Jacob A. Perrone (w/perm)
JACOB A. PERRONE (P71915)
Dragon Lawyers PC
Attorney for Plaintiff

/s/ Timothy S. Ferrand
TIMOTHY S. FERRAND (P39583)
Cummings, McClorey, Davis & Acho, PLC
Attorney for Clinton County, Dush,
Sheriff's Office and John Does

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MICHEALA MICHELLE LUDWICK,
an Individual,

     Plaintiff,

v.

     Case No.: 25-cv-00320
     Judge Jane M. Beckering
     Mag. Judge Sally J. Berens

CLINTON COUNTY, MICHIGAN, a state of Michigan municipality,
SHERIFF SEAN DUSH, individually and as employee/agent Clinton County,
CLINTON COUNTY SHERIFF'S OFFICE, DEPUTY ALEXIS CHAPKO,
individually and as employee/agent Clinton County, SERGEANT RICHARD
STOUT, individually and as employee/agent Clinton County, ~~DAWN THELEN,
L.P.N., individually and as employee/agent Clinton County~~, JOHN DOES, to be
named individually and as employees/agents Clinton County,
~~ADVANCED CORRECTIONAL HEALTHCARE, INC., an Illinois corporation~~

     Defendants.

| | |
|---|---|
| JACOB A. PERRONE (P71915) | TIMOTHY S. FERRAND (P39583) |
| Dragon Lawyers PC | Cummings, McClorey, Davis & Acho, PLC |
| Attorney for Plaintiff | Attorney for Clinton County, Dush, Sheriff's |
| 325 East Grand River Ave., Suite 250 | Office, Chapko, Stout and John Does |
| East Lansing, MI 48823 | 19176 Hall Road, Suite 205 |
| (844) 525-3529 | Clinton Township, MI  48038 |
| Jacob.perrone@yahoo.com | (586) 228-5600 |
| | tferrand@cmda-law.com |
| | tlange@cmda-law.com |

## **ORDER TO AMEND CASE MANAGEMENT ORDER**

This matter having come before the Court on Stipulation and Agreement, by
and between the parties hereto, through their counsel of record.

IT IS HEREBY ORDERED that the Court's Case Management Order is
amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Disclose Name, Address, Area of Expertise and provide a short summary of expected testimony of all testifying experts (Rule 26(a)(2)(A)) | PL: July 9, 2026<br>DF: August 9, 2026 | PL: November 6, 2026<br>DF: December 7, 2026 |
| Disclosure of Expert Witness Reports (Rule 26(a)(2)(B)) | PL: July 9, 2026<br>DF: August 9, 2026 | PL: November 6, 2026<br>DF: December 7, 2026 |
| Completion of Discovery | September 9, 2026 | January 7, 2027 |
| Dispositive Motions | October 9, 2026 | February 8, 2027 |
| ADR to Take Place on or Before: | September 9, 2026 | January 7, 2027 |

IT IS SO ORDERED.

Dated: _____

_____
Honorable Jane M. Beckering

{02646637-1 }2