UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MICHEALA MICHELLE LUDWICK,
an Individual,

     Plaintiff,

v.

     Case No.: 25-cv-00320
     Judge Jane M. Beckering
     Mag. Judge Sally J. Berens

CLINTON COUNTY, MICHIGAN, a state of Michigan municipality, SHERIFF SEAN DUSH, individually and as employee/agent Clinton County, CLINTON COUNTY SHERIFF'S OFFICE, DEPUTY ALEXIS CHAPKO, individually and as employee/agent Clinton County, SERGEANT RICHARD STOUT, individually and as employee/agent Clinton County, ~~DAWN THELEN, L.P.N., individually and as employee/agent Clinton County~~, JOHN DOES, to be named individually and as employees/agents Clinton County, ~~ADVANCED CORRECTIONAL HEALTHCARE, INC., an Illinois corporation~~

     Defendants.

| | |
|---|---|
| JACOB A. PERRONE (P71915) | TIMOTHY S. FERRAND (P39583) |
| Dragon Lawyers PC | Cummings, McClorey, Davis & Acho, PLC |
| Attorney for Plaintiff | Attorney for Clinton County, Dush, Sheriff's |
| 325 East Grand River Ave., Suite 250 | Office, Chapko, Stout and John Does |
| East Lansing, MI 48823 | 19176 Hall Road, Suite 205 |
| (844) 525-3529 | Clinton Township, MI  48038 |
| Jacob.perrone@yahoo.com | (586) 228-5600 |
| | tferrand@cmda-law.com |
| | tlange@cmda-law.com |

## **ORDER TO AMEND CASE MANAGEMENT ORDER**

This matter having come before the Court on Stipulation and Agreement, by and between the parties hereto, through their counsel of record.

IT IS HEREBY ORDERED that the Court's Case Management Order is amended as follows:

{02646637-1 }

| Event | Current Deadline | New Deadline |
|---|---|---|
| Disclose Name, Address, Area of Expertise and provide a short summary of expected testimony of all testifying experts (Rule 26(a)(2)(A)) | PL: July 9, 2026<br>DF: August 9, 2026 | PL: November 6, 2026<br>DF: December 7, 2026 |
| Disclosure of Expert Witness Reports (Rule 26(a)(2)(B)) | PL: July 9, 2026<br>DF: August 9, 2026 | PL: November 6, 2026<br>DF: December 7, 2026 |
| Completion of Discovery | September 9, 2026 | January 7, 2027 |
| Dispositive Motions | October 9, 2026 | February 8, 2027 |
| ADR to Take Place on or Before: | September 9, 2026 | January 7, 2027 |

Further requests for extensions will not be favored.

      IT IS SO ORDERED.

Dated:  August 13, 2026                  /s/ Sally J. Berens
                                               Honorable Sally J. Berens
                                               United States Magistrate Judge