**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

MICHEALA MICHELLE LUDWICK,
an Individual,

Plaintiff,

v.

Case No.: 25-cv-00320
Judge Jane M. Beckering
Mag. Judge Sally J. Berens

CLINTON COUNTY, MICHIGAN, a state of Michigan municipality, SHERIFF SEAN DUSH, individually and as employee/agent Clinton County, CLINTON COUNTY SHERIFF'S OFFICE, DEPUTY ALEXIS CHAPKO, individually and as employee/agent Clinton County, SERGEANT RICHARD STOUT, individually and as employee/agent Clinton County, ~~DAWN THELEN, L.P.N., individually and as employee/agent Clinton County~~, JOHN DOES, to be named individually and as employees/agents Clinton County,
~~ADVANCED CORRECTIONAL HEALTHCARE, INC., an Illinois corporation~~

Defendants.

JACOB A. PERRONE (P71915)
Dragon Lawyers PC
Attorney for Plaintiff
325 East Grand River Ave., Suite 250
East Lansing, MI 48823
(844) 525-3529
Jacob.perrone@yahoo.com

TIMOTHY S. FERRAND (P39583)
Cummings, McClorey, Davis & Acho, PLC
Attorney for Clinton County, Dush, Sheriff's Office, Chapko, Stout and John Does
19176 Hall Road, Suite 205
Clinton Township, MI 48038
(586) 228-5600
tferrand@cmda-law.com
tlange@cmda-law.com

**DEFENDANTS' MOTION TO STRIKE ECF 60**

Defendants CLINTON COUNTY, MICHIGAN, SHERIFF SEAN DUSH, CLINTON COUNTY SHERIFF'S OFFICE, DEPUTY ALEXIS CHAPKO, SERGEANT RICHARD STOUT, and JOHN DOES, by and through their attorneys, CUMMINGS, McCLOREY, DAVIS & ACHO, PLC, hereby moves this Court to

Strike ECF 60 from the record as follows:

1. Defendants CLINTON COUNTY, MICHIGAN, SHERIFF SEAN DUSH, CLINTON COUNTY SHERIFF'S OFFICE, DEPUTY ALEXIS CHAPKO, SERGEANT RICHARD STOUT, and JOHN DOES ("Defendants") filed its Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 37 on August 26, 2026. ECF 60

2. Within the exhibits to Defendants Brief, Defendants inadvertently failed to redact some confidential information of Plaintiff MICHEALA MICHELLE LUDWICK.

3. As a result, Defendants now seek to correct that error and strike that material from the Court's record.

WHEREFORE, for all these reasons Defendants Clinton County, Michigan, Sheriff Sean Dush, Clinton County Sheriff's Office, Deputy Alexis Chapko, Sergeant Richard Stout, and John Does respectfully requests this Honorable Court enter an Order striking ECF 60 from the record.

Respectfully Submitted,

***Cummings, McClorey, Davis & Acho, PLC***

By: /s/ TIMOTHY S. FERRAND
TIMOTHY S. FERRAND (P39583)
Attorney for Clinton County, Dush, Sheriff's Office, Chapko, Stout and John Does
19176 Hall Road, Suite 205
Clinton Township, MI 48038
(586) 228-5600

Dated: August 27, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: none.

***Cummings, McClorey, Davis & Acho, PLC***

By: /s/ Timothy S. Ferrand

## CERTIFICATE OF COMPLIANCE

This brief complies with the word limit of LCivR 7.3(b)(1) because, excluding the parts exempted by LCivR 7.3(b)(1), it contains 521 words. The word count was generated using Microsoft Word for Microsoft 365 MSO (Version 2402).

Respectfully Submitted,

***Cummings, McClorey, Davis & Acho, P.L.C.***

By: */s/ TIMOTHY S. FERRAND*
Timothy S. Ferrand (P39583)
Attorney for Clinton County, Dush, Sheriff's Office, Chapko, Stout and John Does
19176 Hall Road, Suite 205
Clinton Township, MI 48038
(586) 228-5600
tferrand@cmda-law.com

Dated: August 27, 2026