UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHEALA MICHELLE LUDWICK,

Plaintiff,

v.

Hon. Jane M. Beckering

CLINTON, COUNTY OF, et al.,

Case No. 1:25-cv-320

Defendants.

**ORDER**

This matter is before the Court on Defendants' Motion to Strike ECF No. 60. (ECF No. 62.) Defendants advise that their Motion for Sanctions (ECF No. 60), filed August 26, 2026, inadvertently includes confidential information. As such, the motion (ECF No. 62) is granted. The Clerk is directed to **strike** and **remove** Defendants' Motion for Sanctions, ECF No. 60.

IT IS SO ORDERED.

Dated: August 27, 2026

/s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge